Daniel BOBO, Petitioner,

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 04–3169.

United States Court of Appeals, Federal Circuit.

July 14, 2004.

Rick Allan White, Principal Attorney, Chicago, IL, for Petitioner.

J. Reid Prouty, Principal Attorney, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

*ORDER*

On June 21, 2004, the court issued a show cause order allowing Daniel Bobo ("Bobo") 14 days to respond or his petition for review would be dismissed as untimely. Bobo has failed to respond.

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is hereby dismissed.

(2) Each side shall bear its own costs.